UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7075
(CR-94-212, CA-97-687-6)

United States of America,

Plaintiff - Appellee,

versus

Orienthia Jerome McDowell,

Defendant - Appellant.

O R D E R

The court amends its opinion filed December 3, 1998, as follows:

On the cover sheet, section 3 -- the district court information is corrected to read "Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CR-94-212, CA-97-687-6)."

On page 2, line 8 of the opinion -- the line is corrected to begin M.D.N.C.

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7075**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ORIENTHIA JEROME MCDOWELL,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem. N. Carlton Tilley, Jr., District Judge. (CR-94-212, CA-97-687-6)

_____

Submitted: November 19, 1998        Decided: December 3, 1998

_____

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Orienthia Jerome McDowell, Appellant Pro Se. David Bernard Smith, Greensboro, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Orienthia Jerome McDowell seeks to appeal the district ourt's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. McDowell, Nos. CR-94-212; CA-97-687-6 (M.D.N.C. May 29, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3